UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAURICE ANTHONY DAY,

    Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about November 18 and 19, 2020, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

MAURICE ANTHONY DAY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Micro Draco 7.62 x 39mm pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney