UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE ANTHONY DAY,

    Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:21-cr-00062

## **ORDER**

Defendant appeared before me on June 24, 2021, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. If circumstances change, defendant may ask to revisit the issue of detention.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on June 24, 2021.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge